PHILADELPHIA LAWN MOWER & MFG. Co., Appellant, v. PRECISION CASTINGS COMPANY, INC., Respondent.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, without costs, on the authority of *Matter of Butler* (101 N. Y. 307); *Piedmont Hotel Co.* v. *Nettleton Co.* (241 App. Div. 562); *Schlegel* v. *Roman Catholic Church of The Most Holy Trinity* (124 id. 502); *Metcalfe* v. *Klaw* (130 id. 502). All concur. (The order modifies an order of discontinuance by providing that if plaintiff commences another action he must pay $100 costs in addition to other conditions.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ERNEST A. REDHEAD, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY and LEHIGH VALLEY RAILROAD COMPANY, Respondents, v. L. F. ALLEN and Others, as Assessors of the Town of Farmington, Ontario County, New York, Appellants.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

HELEN L. NORTH, Respondent, v. WILLARD T. NORTH, Appellant.— Motion for leave to appeal to the Court of Appeals denied and motion for a stay denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER MUNRO, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

GRACE M. LALLY, as Executrix, etc., of HENRY F. LALLY, Deceased, Respondent, v. KATHARINE WILSON and Others, Appellants, CHARLOTTE G. SHEFFIELD and Others, Defendants.— Motion for a reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

GRACE M. LALLY, as Executrix, etc., of HENRY F. LALLY, Deceased, Respondent, v. KATHARINE WILSON and Others, Appellants, CHARLOTTE G. SHEFFIELD and Others, Defendants.— Motion for a stay pending hearing and determination of motion for leave in the Court of Appeals granted on condition the motion is made at the present term of the Court of Appeals. [See *ante*, p. 811.] Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.